IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETWORK SYSTEM TECHNOLOGIES LLC | § § § | |
| v. | § § § | CASE NO. 2:22-cv-482-JRG |
| TEXAS INSTRUMENTS INCORPORATED; FORD MOTOR COMPANY; VOLKSWAGEN AG; AUDI AG | § § § § § | |

**ORDER**

The undersigned hereby recuses himself with regard to the above entitled and numbered civil action.

**So ORDERED and SIGNED this 20th day of December, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE