AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| NETWORK SYSTEM TECHNOLOGIES, LLC ) <br> *Plaintiff* ) <br> v. ) <br> TEXAS INSTRUMENTS INCORPORATED; FORD ) <br> MOTOR COMPANY; VOLKSWAGEN AG; AUDI ) <br> AG ) <br> *Defendant* | Case No. 2:22-CV-00482 |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NETWORK SYSTEM TECHNOLOGIES, LLC

Date: 12/29/2022

/s/ Vincent C. Capati
*Attorney's signature*

Vincent C. Capati (CA Bar No. 331868)
*Printed name and bar number*

Nixon Peabody, LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
*Address*

vcapati@nixonpeabody.com
*E-mail address*

(213) 629-6000
*Telephone number*

(213) 629-6001
*FAX number*