UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

## CASE AND DEADLINE INFORMATION

Civil Action No.: 2:22-cv-00482-RWS

Name of party you are representing: Ford Motor Company

Is this the first application for extension of time in this case?  ✔ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 12/22/2022

Number of days requested:  ☐ 30 days
☐ 15 days
✔ Other 45 days

New Deadline Date: 2/27/2023   *(Required)*

## ATTORNEY FILING APPLICATION INFORMATION

Full Name: Jennifer Parker Ainsworth

State Bar No.: 00784720

Firm Name: Wilson, Robertson & Cornelius, P.C.

Address: 909 ESE Loop 323, Suite 400
Tyler, Texas 75701

Phone: 903-509-5000

Fax: 903-509-5092

Email: jainsworth@wilsonlawfirm.com

A certificate of conference does not need to be filed with this unopposed application.