## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

NETWORK SYSTEM
TECHNOLOGIES, LLC,

      Plaintiff,

v.

TEXAS INSTRUMENTS,
INCORPORATED.,

      Defendant.

No. 2:22-cv-0482

**JURY TRIAL DEMANDED**

## NOTICE OF APPEARANCE

The following designated attorney hereby enters an appearance as counsel of record for Defendant Texas Instruments Incorporated ("TI") and is authorized to receive service on all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Defendant TI.

**AMANDA A. ABRAHAM**
State Bar No. 24055077
**ROTH & ABRAHAM LAW FIRM**
115 N. Wellington, Suite 200
Marshall, Texas 75670
Telephone: (903) 935-1665
Facsimile: (903) 935-1797
Email: aa@rothfirm.com

DATED: February 1, 2023

Respectfully submitted,

Amanda A. Abraham
Texas Bar No. 24055077
Email: aa@rothfirm.com
**ROTH & ABRAHAM LAW FIRM**
115 North Wellington, Suite 200
Marshall, Texas 75670
Telephone: 903-935-1665
Fax: 903-935-1797

**ATTORNEYS FOR**
**DEFENDANT TEXAS**
**INSTRUMENTS INCORPORATED**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 1st day of February, 2023.  Any other counsel of record will be served by facsimile transmission and/or first-class mail.

_Amanda A. Abraham_
AMANDA A. ABRAHAM

2