IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETWORK SYSTEM TECHNOLOGIES, LLC, <br><br>Plaintiff, <br><br>v. <br><br>TEXAS INSTRUMENTS INCORPORATED; FORD MOTOR COMPANY; VOLKSWAGEN AG; AUDI AG, <br><br>Defendants. | Civil Action No. 2:22-cv-00482-RWS <br><br> **JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING PLAINTIFF NETWORK SYSTEM TECHNOLOGIES, LLC'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA PRIOR TO THE RULE 26(f) CONFERENCE

Before the Court is Plaintiff Network System Technologies, LLC's Motion for Leave to Serve Third Party Subpoena Prior to the Rule 26(f) Conference. Upon review of the motion, the Court finds that Plaintiff's Motion should be GRANTED.

IT IS THEREFORE ORDERED that pursuant to Fed. R. Civ. P. 26(d)(1), Plaintiff may serve the Third Party with a Rule 45 subpoena attached to Plaintiff's Motion.