# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETWORK SYSTEM TECHNOLOGIES, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS INCORPORATED; FORD MOTOR COMPANY; VOLKSWAGEN AG; AUDI AG,<br><br>  Defendants. | Civil Action No. 2:22-cv-0482-JRS<br><br>JURY TRIAL DEMANDED |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
## TEXAS INSTRUMENTS INCORPORATED

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Texas Instruments Incorporated ("TI") discloses that it is a publicly traded company. It has no parent corporation, and no publicly traded corporation owns more than 10% of its stock.

DATED: February 27, 2023

Respectfully submitted,

*Amanda A. Abraham*
Amanda A. Abraham
Texas Bar No. 24055077
Email: aa@rothfirm.com
**ROTH & ABRAHAM LAW FIRM**
115 North Wellington, Suite 200
Marshall, Texas 75670
Telephone: 903-935-1665
Fax: 903-935-1797

Jack Wesley Hill
Texas Bar No. 24032294
Email: wh@wsfirm.com
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: 903-757-6400
Fax: 903-757-2323

                                              **ATTORNEYS FOR DEFENDANT**
                                              **TEXAS INSTRUMENTS**
                                              **INCORPORATED**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 27th day of February, 2023.

                                              */s/ Amanda A. Abraham*
                                              AMANDA A. ABRAHAM