IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **Network System Technologies, LLC,**<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**Texas Instruments Incorporated;<br>Ford Motor Company; Volkswagen<br>AG; Audi AG,**<br><br>　　　　　Defendants. | Case No. 2:22-cv-00482-RWS |

### ORDER GRANTNG DEFENDANT FORD MOTOR COMPANY'S MOTION TO SEVER AND STAY UNDER THE CUSTOMER-SUIT DOCTRINE

This matter, having come before the Court on the Defendant Ford Motor Company's Motion to Sever and Stay Under the Customer-Suit Doctrine, and upon argument of counsel and for good cause shown, the Motion should be granted.

IT IS HEREBY ORDERED that Defendant Ford Motor Company's Motion to Sever and Stay Under the Customer-Suit Doctrine is GRANTED.