# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NETWORK SYSTEM TECHNOLOGIES, LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2:22-cv-00482-RWS |
| TEXAS INSTRUMENTS INCORPORATED and FORD MOTOR COMPANY, | § § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § | |

## JOINT MOTION FOR EXTENSION TO FILE AGREED DOCKET CONTROLORDER, DISCOVERY ORDER AND PROTECTIVE ORDER

Plaintiff Network System Technologies, LLC and Defendants Texas Instruments Incorporated and Ford Motor Company respectfully file this Joint Motion for Extension to File Agreed Docket Control Order, Discovery Order and Protective Order, and would show as follows:

I.

The Court previously entered an Order setting a scheduling conference (Docket 35) setting a deadline for the parties to file a joint proposed docket control order, joint proposed discovery order, and a joint proposed protective order 7 days prior to the scheduling conference. The scheduling conference is set May 2, 2023, and the parties' deadline for filing the agreed proposed orders is April 25, 2023.

II.

The parties have been diligently conferring and exchanging proposed orders to come to an agreement to meet the Court's deadline. The parties are very close to having the final agreed documents for submission, but would request until April 28, 2023 to file the final proposed orders.

III.

This short request for an extension is not sought for the purpose of delay, but only to fully comply with the Court's order in finalizing the proposed orders to be presented to the Court.

For the foregoing reasons, the parties respectfully request leave for the parties to file the proposed docket control order, proposed discovery order, and proposed protective order on or before April 28, 2023.

Date: April 25, 2023

Respectfully submitted,

*/s/ William E. Davis, III*
William E. Davis, III
DAVIS FIRM PC
213 N. Fredonia Street, Suite 230
Longview, TX 75601
(903) 235-2588
bdavis@davisfirm.com

Daniel S. Stringfield
NIXON PEABODY LLP
70 West Madison St., Suite 5200
Chicago, IL 60602
(312) 977-4130
dstringfield@nixonpeabody.com

Erica J. Van Loon
Vincent Capati
NIXON PEABODY LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
(213) 629-6000
evanloon@nixonpeabody.com
vcapati@nixonpeabody.com

*Attorneys for Plaintiff Network System Technologies, LLC*

/s/ *Ranganath Sudarshan*
Robert T. Haslam (lead counsel)
rhaslam@cov.com
Anupam Sharma
asharma@cov.com
Hyun S. Byun
hbyun@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Ranganath Sudarshan
rsudarshan@cov.com
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5346
Facsimile: (202) 778-5346

Amanda Abraham
aa@rothfirm.com
The Roth Law Firm
115 N. Wellington, Suite 200
P O Box 876
Marshall, TX 75671-0876
Telephone: 903-935-1665
Fax: 903-935-1797

Wesley Hill
wh@wsfirm.com
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: 903-757-6400
Fax: 903-757-2323

*Attorneys for Defendant*
*Texas Instrument Incorporated*

Respectfully Submitted
/s/ *Jennifer P. Ainsworth*
Charles J. Monterio, Jr. (lead counsel)
CJMonterio@venable.com
Justin E. Pierce
JEPierce@venable.com
Venable LLP
600 Massachusetts Avenue, NW
Washington, D.C. 20001
Telephone: (202) 344-4569
Facsimile: (202) 344-8300

J. Daniel Kang
JDKang@venable.com
Venable LLP
1270 Avenue of the Americas, 24th FL
New York, NY 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598

Jennifer P. Ainsworth
TX State Bar No. 00784720
jainsworth@wilsonlawfirm.com
Wilson, Robertson & Cornelius, P.C.
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5092

*Attorneys for Defendant*
*Ford Motor Company*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served on April 25, 2023 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ William E. Davis, III*
William E. Davis, III

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h) and (i) and that the foregoing motion is joined in its entirety by Plaintiff and Defendants.

*/s/ William E. Davis, III*
William E. Davis, III