IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETWORK SYSTEM TECHNOLOGIES, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:22-cv-482-RWS ) |
| TEXAS INSTRUMENTS INCORPORATED; FORD MOTOR COMPANY | ) **JURY TRIAL DEMANDED** ) ) |
| Defendants. | ) ) |

**TEXAS INSTRUMENTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO COMPLY WITH P.R. 3-4(a)**

Defendant Texas Instruments Incorporated ("TI") pursuant to Local Rule CV-7 and the Court's Docket Control Order, hereby respectfully moves the Court for a three-day extension of the deadline for it to serve its P.R. 3-4(a) production from June 13, 2023 to June 16, 2023.

The requested extension is not for delay but in order to address unforeseen issues encountered by the third-party vendor processing TI's production and will not alter any other docketed deadlines.

Plaintiff does not oppose the requested extension.

A proposed order granting this unopposed motion is attached.

                                                */s/ Amanda A. Abraham*
                                                Robert T. Haslam
                                                CA Bar No. 71134
                                                Anupam Sharma
                                                CA Bar No. 229545
                                                Hyun S. Byun
                                                CA Bar No. 281753
                                                **COVINGTON & BURLING LLP**
                                                3000 El Camino Real
                                                5 Palo Alto Square

Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: rhaslam@cov.com
Email: asharma@cov.com
Email: hbyun@cov.com

Ranganath Sudarshan
CA Bar No. 244984
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5346
Facsimile: (202) 778-5346
Email: rsudarshan@cov.com

Amanda A. Abraham
Texas Bar No. 24055077
Email: aa@rothfirm.com
**ROTH & ABRAHAM LAW FIRM**
115 North Wellington, Suite 200
Marshall, Texas 75670
Telephone 903-935-1665
Fax 903-935-1797

Andrea Leigh Fair
Texas State Bar No. 24078488
Email: andrea@wsfirm.com
Jack Wesley Hill
Texas State Bar No.24032294
Email: wh@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
903-757-6400
Fax: 903-757-2323

**ATTORNEYS FOR DEFENDANT TEXAS INSTRUMENTS INCORPORATED**

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7, I hereby certify that counsel for TI conferred with counsel for the Plaintiff on June 14, 2023 regarding the relief requested and Plaintiff does not oppose.

*/s/ Amanda A. Abraham*
Amanda A. Abraham

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 14th day of June, 2023. Any other counsel of record will be served by facsimile transmission and/or first-class mail.

*/s/ Amanda A. Abraham*
Amanda A. Abraham
