IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETWORK SYSTEM TECHNOLOGIES, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS INCORPORATED; FORD MOTOR COMPANY,<br><br>      Defendants. | Civil Action No. 2:22-cv-0482-JRS<br><br>JURY TRIAL DEMANDED |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
TEXAS INSTRUMENTS INCORPORATED**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Texas Instruments Incorporated ("TI") discloses that it is a publicly traded company. It has no parent corporation, and no publicly traded corporation owns more than 10% of its stock.

DATED: October 24, 2023

Respectfully submitted,

*Amanda A. Abraham*
Robert T. Haslam (lead counsel)
rhaslam@cov.com
Anupam Sharma
asharma@cov.com
Hyun S. Byun
hbyun@cov.com
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Ranga Sudarshan
rsudarshan@cov.com
**COVINGTON & BURLING LLP**
One City Center
850 Tenth Street, NW

1

Washington, DC 20001-4956
Telephone: (202) 662-5346
Facsimile: (202) 778-5346

Udit Sood
usood@cov.com
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Ste 5400
San Francisco, CA 94111
Telephone: 415-591-6000
Facsimile: 415-591-6091
Amanda A. Abraham
Texas Bar No. 24055077
Email: aa@rothfirm.com
**ROTH & ABRAHAM LAW FIRM**
115 North Wellington, Suite 200
Marshall, Texas 75670
Telephone: (903) 935-1665
Facsimile: (903) 935-1797

Wesley Hill
Texas Bar No. 24032294
Email: wh@wsfirm.com
Andrea Fair
Texas Bar No. 24078488
Email: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

**ATTORNEYS FOR DEFENDANT TEXAS INSTRUMENTS INCORPORATED**

**CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 24th day of October, 2023.

*Amanda A. Abraham*
Amanda A. Abraham